1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO K. BENNETT,                    )        No. C 06-4399 JF (PR)
                                      )
                                      )        ORDER GRANTING
              Plaintiff,              )        PLAINTIFF'S MOTION TO
    vs.                               )        DISMISS; ORDER OF
                                      )        DISMISSAL
JEANNE WOODFORD, et al.,              )
                                      )
                                      )
              Defendants.             )
_____)        (Docket No. 95)

19    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant

20  to 42 U.S.C. § 1983 against Pelican Bay State Prison ("PBSP") officials and the Director

21  of the California Department of Corrections and Rehabilitation.  Plaintiff has been

22  granted leave to proceed in forma pauperis in a separate written order.  The Court initially

23  dismissed the complaint with leave to amend.  Plaintiff filed three amended complaints on

24  April 16, April 23, and May 17, 2007.  On March 21, 2008, the Court issued an order

25  addressing Plaintiff's pending motions and stated it would review the amended complaint

26  in a separate written order.  On April 16, 2008, Plaintiff filed a motion to dismiss stating

27  that he would like to withdraw and dismiss all of his civil rights cases pending in this

28  Court.  See Pl.'s Mot. at 1.

1

### DISCUSSION

2      Plaintiff moves the Court to withdraw and dismiss the instant civil rights action. A

3 plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal

4 "at any time before service by the adverse party of an answer or of a motion for summary

5 judgment." Fed. R. Civ. P. 41(a)(1)(i). Said dismissal may be with or without prejudice,

6 but unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without

7 prejudice." See Fed. R. Civ. P. 41(a)(1); Humphreys v. United States, 272 F.2d 411, 412

8 (9th Cir. 1959). No court order is required. Plaintiff's notice of dismissal is effective by

9 itself to terminate the action: "[A]n action may be dismissed by the plaintiff without order

10 of the court . . . by filing a notice of dismissal." Fed. R. Civ. P. 41(a)(1); see also

11 Hamilton v. Shearson-Lehman American Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir.

12 1987) (Rule 41(a)(1)(i) does not require leave of court to dismiss the action).

13      Accordingly, the instant civil rights action is DISMISSED without prejudice. The

14 Clerk shall terminate any pending motions and close the file.

15      IT IS SO ORDERED.

16 DATED: _____4/18/08_____

17                                    JEREMY FOGEL
                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28